THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Aaron Dawkins,       
 Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-691
Submitted September 17, 2003  Filed December 2, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson 
 , of Columbia, Harold W. Gowdy, III, Seventh Circuit Solicitor's Office, of 
 Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant, Aaron Dawkins, was 
 indicted for armed robbery.  Following a jury trial, Dawkins was convicted as 
 charged and sentenced to thirty years imprisonment.  We dismiss pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.